JRS:DR
F. #2024R00036

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* February 08, 2024 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVITI JELIA,
   also known as "Davit,"
TENGIZ KOPALEISHVILI and
███████

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **24-CR-61**

(T. 18, U.S.C., §§ 875(b), 924(d)(1), 981(a)(1)(C), 1951(a), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

**Judge Margo K. Brodie**
**Magistrate Judge Sanket J. Bulsara**

THE GRAND JURY CHARGES:

## COUNT ONE
(Hobbs Act Extortion Conspiracy)

1. In or about and between January 2019 and July 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAVITI JELIA, also known as "Davit," TENGIZ KOPALEISHVILI and ███████ together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others agreed to obtain property, to wit: United States currency and a portion of the profits of businesses owned by John Doe #1, an individual whose identity is known to the Grand Jury, from John Doe #1, with his consent, which consent was to be induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Section 1951(a) and 3551 et seq.)

## COUNT TWO
(Attempted Hobbs Act Extortion)

2. In or about and between January 2019 and July 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAVITI JELIA, also known as "Davit," TENGIZ KOPALEISHVILI and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant and others attempted to obtain property, to wit: United States currency and a portion of the profits of businesses owned by John Doe #1, from John Doe #1, with his consent, which consent was to be induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE AND TWO

3. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, including but not limited to one 9mm Luger Smith & Wesson pistol seized by law enforcement on or about December 10, 2020 in Brooklyn, New York.

3

      4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)      cannot be located upon the exercise of due diligence;

      (b)      has been transferred or sold to, or deposited with, a third party;

      (c)      has been placed beyond the jurisdiction of the court;

      (d)      has been substantially diminished in value; or

      (e)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

      (Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_By Carolyn Pokorny, Assistant U.S. Attorney_
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2024R00036
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

DAVITI JELIA, also known as "Davit," TENGIZ KOPALEISHVILI and ▮▮▮▮▮▮▮▮▮▮,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 875(b), 924(d)(1), 981(a)(1)(C), 1951(a), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 ___

_____
Clerk

*Bail, $* _____

*Dana Rehnquist Assistant U.S. Attorney (718) 254-7000*